Jerry **FORD**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 47519.

Missouri Court of Appeals, Western District.

July 20, 1993.

Rosalyn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from dismissal for untimely filing of Rule 24.035 post-conviction motion.

Judgment affirmed. Rule 84.16(b).